AARON STEIN, Appellant, v. RICHARD RAVENHALL, Respondent.— The complaint sufficiently alleges the public right to pass over and along the beach in front of defendant's premises between high and low-water mark, which is recognized as a natural public highway. (*People* v. *Steeplechase Park Co.*, 218 N. Y. 459.) If in fact defendant has title to the land in question, the burden is upon him to plead and prove it as matter of defense. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

CHARLES STEMBERG, Respondent, v. LLADYSLAVA STEMBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ROSE E. STUART, Appellant, v. HARRY T. STUART, Respondent. DOROTHY HALENBECK, Corespondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

ROBERT M. THOMSON, as Executor, etc., of REBECCA M. THOMSON, Deceased, Appellant, v. JOHN G. GASTEIGER and EUGENE H. LAWLOR, Respondents.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that plaintiff's evidence did tend to establish negligence upon the part of defendant's chauffeur in operating his automobile. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

MORRIS WEISMAN, Respondent, v. DAVID ROTHENSTEIN, Appellant.— Order granting new trial on the ground of newly-discovered evidence reversed, with costs, and motion denied, with ten dollars costs, with leave to plaintiff to renew such motion if so advised upon a proper case as required by law. (Code Civ. Proc. § 997; *Davis* v. *Grand Rapids Fire Ins. Co.*, 5 App. Div. 36; *Pease* v. *Pennsylvania R. R. Co.*, 137 id. 458; *Russell* v. *Randall*, 123 N. Y. 436; *Bantleon* v. *Meier*, 81 Hun, 162.) Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

EVELYN CHASE, Respondent, v. ELIZABETH A. BROWN Appellant.— Motion to dismiss appeal denied. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

SOPHIA DECHTEROW, Appellant, v. AUSTIN, NICHOLS COMPANY, INC.. and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant reprint the appeal papers to correspond to the order of the County Court, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ARTHUR CARTER HUME, Plaintiff, v. NEW YORK LAST COMPANY, Defendant.— We see no reason for any further affidavits on the point suggested by the learned counsel for the defendant. Motion for stay denied, without costs, and stay vacated. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.